**FREEMAN MATHIS & GARY LLP**
MANDY D. HEXOM (SBN 216390)
Email: mhexom@fmglaw.com
LAUREN ADJIEF (SBN S333159)
Email: Lauren.Adjieff@fmglaw.com
225 Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 687-3000

**FREEMAN MATHIS & GARY, LLP**
JENNIFER L. MARKOWSKI (MA Bar No. 655927)
Email: jennifer.markowski@fmglaw.com
(*Pro Hac Vice*)
60 State Street, Suite 600
Boston, MA 02109
Telephone: (617) 807-8962

Attorneys for Defendants
HEALTHPCP, INC., VSS MEDICAL TECHNOLOGIES, INC., and SIGMUND SOFTWARE, LLC erroneously sued herein as SIGMUND SOFTWARE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COLLABORATIVE NEUROSCIENCE NETWORK LLC dba OCEAN VIEW PSYCHIATRIC HEALTH FACILITY,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHPCP, INC.; VSS MEDICAL TECHNOLOGIES, INC.; and SIGMUND SOFTWARE, INC.,<br><br>Defendants. | Case No.: 2:24-cv-00773 MCS (BFM)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Judge: Honorable Mark C. Scarsi<br>Magistrate Judge:<br>Brianna Fuller Mircheff<br><br>Complaint filed January 29, 2024 |

Pursuant to the executed Stipulated Protective Order of the parties in this matter, Plaintiff, Collaborative Neuroscience Network LLC dba Ocean View Psychiatric Health Facility and Defendants HealthPCP, Inc., VSS Medical Technologies, Inc. and Sigmund Software, LLC:

IT IS HEREBY ORDERED the Protective Order filed with this Court on August 21, 2024, is entered and all parties follow the Protective Order throughout this matter.

IT IS SO ORDERED this 23rd day of August, 2024.

*[signature]*

Hon. Brianna Fuller Mircheff
United States Magistrate Judge